## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Richard E. Lee
Attorney at Law
810 Main St.
Pineville LA 71360

**REHEARING ACTION: May 18, 2011**

**Docket Number: 10   01248-CA consolidated with 1,247-CA & 1,249-CA**

**RAPIDES PARISH POLICE JURY**
**VERSUS**
**CATAHOULA BOYS HUNTING AND SOCIAL CLUB, INC.**

**Appealed from Rapides Parish Case No. 236,507 C/W 236,506 C/W, 236,508**

<u>**BEFORE JUDGES**</u>**:**

      Hon. Ulysses Gene Thibodeaux
      Hon. Sylvia R. Cooks
      Hon. Elizabeth A. Pickett

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Catahoula Boys Hunting and Social Club, Inc., et al** has this

day been

      **DENIED.**

cc: Thomas Overton Wells, Counsel for the Appellant
    Joseph J. Bailey, Counsel for the Appellant
    Jeremy C. Cedars, Counsel for the Appellant